■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v SIDNEY L. BARKER, Respondent. [805 NYS2d 886]—Appeal from an order from the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), entered March 22, 2005. The order granted the motion of defendant to suppress physical evidence seized from him.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed for reasons stated in decision at Supreme Court and the indictment is dismissed. Present—Green, J.P., Hurlbutt, Kehoe, Gorski and Martoche, JJ.